1112-15

# ELECTRONIC RECORD

COA # 12-14-00069-CR     OFFENSE: 22.04

STYLE: Jason Wayne Frizzell v. The State of Texas     COUNTY: Houston

COA DISPOSITION:     AFFIRMED     TRIAL COURT: 349th District Court

DATE: 8/5/2015     Publish: NO     TC CASE #: 13CR-183

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jason Wayne Frizzell v. The State of Texas     CCA #: 1112-15

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: _11/18/2015_     SIGNED: _____     PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD